# Eades v. Brinegar et al.

November 18, 1949.

Wheeler B. Boone and Sam P. Strother for appellant.

Nolan Carter for appellees.

CLAY, COMMISSIONER—Dismissing appeal.